**FILED**

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF MISSOURI

FEB 2 6 2008

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs | ) | Case No. 4:04CR00483 JCH |
| Donald W. Sanders | ) | |
| | ) | |

### ORDER TO WITHDRAW WARRANT

Based on the recommendation of the U.S. Probation Officer and for good cause shown, it is hereby ordered that **effective February 26, 2008,** the Supervised Release Violator's Warrant that was issued on September 12, 2007, be withdrawn without prejudice and the pending Petition for revocation is hereby dismissed.

Dated this 26th day of February, 2008.

_____
The Honorable Jean C. Hamilton
United States District Judge

C:\Documents and Settings\Bgoff\Local Settings\Temp\notesCB77EA\order to withdraw warrant.wpd